Original

1  Edward R. Hugo [Bar No. 124839]
   James C. Parker [Bar No. 106149]
2  Thomas J. Moses [Bar No. 116002]
   BRYDON HUGO & PARKER
3  135 Main Street, 20th Floor
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333
5
   Attorneys for Defendant
6  FOSTER WHEELER LLC

E-filing

FILED
08 AUG 26 AM 11:16
RICHARD W. [...]
CLERK U.S. DIST[...]
NORTHERN DIST[...]

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

MEJ

10

11  CARSON PRIDDY AND PATRICIA    CV   (ASBESTOS)    4070
    PRIDDY,
12                                 U.S.D.C. Case No. _____
              Plaintiffs,
13                                 Alameda County Superior Court Case No.
    vs.                            RG08399767
14
    A.W. CHESTERTON COMPANY;       DEFENDANT FOSTER WHEELER LLC'S
15  ALLIED PACKING & SUPPLY, INC.; NOTICE OF INTERESTED PARTIES
    ALLIS CHALMERS CORPORATION
16  PRODUCT LIABILITY TRUST;
    AMERICAN STANDARD, INC.
17  INDIVIDUALLY AND AS SUCCESSOR
    INTEREST TO KEWANEE BOILER
18  CORPORATION; ARMSTRONG
    INTERNATIONAL, INC.; ASBESTOS
19  CORPORATION, LTD.; BUFFALO
    PUMPS, INC.' CRANE CO.,
20  INDIVIDUALLY AND AS SUCCESSOR-
    IN-INTEREST TO CHAPMAN VALVE
21  CO.; CROWN, CORK & SEAL,
    INDIVIDUALLY AND AS SUCCESSOR-
22  IN-INTEREST TO MUNDET CORK;
    DURABLA MANUFACTURING
23  COMPANY; ELLIOTT COMPANY
    FORMERLY KNOWN AS ELLIOTT
24  COMPANY FORMERLY KNOWN AS
    ELLIOTT TURBOMACHINERY CO.,
25  INC.; FMC CORPORATION,
    INDIVIDUALLY AND AS SUCCESSOR-
26  IN-INTEREST TO NORTHERN PUMP
    COMPANY; FOSTER WHEELER LLC;
27  GARDNER DENVER, INC.; GARLOCK
    SEALING TECHNOLOGIES LLC,
28  INDIVIDUALLY AND AS SUCCESSOR-

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| 1 | IN-INTEREST TO GARLOCK, INC.; GENERAL ELECTRIC COMPANY; |
| 2 | GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; |
| 3 | IMO INDUSTRIES, INC. FORMERLY KNOWN AS IMO DELAVAL INC.; |
| 4 | INGERSOLL-RAND COMPANY; KAISER GYPSUM COMPANY, INC.; |
| 5 | LESLIE CONTROLS, INC.; LAMONS GASKET COMPANY; OAKFABCO, INC |
| 6 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA |
| 7 | AND/OR FDBA KEWANEE BOILER CORPORATION; OWENS-ILLINOIS |
| 8 | INC.; PARKER-HANNIFIN CORPORATION,INDIVIDUALLY AND |
| 9 | AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO |
| 10 | MANUFACTURING COMPANY; PCC FLOW TECHNOLOGIES L.P., |
| 11 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PACIFIC PUMP; |
| 12 | PLANT INSULATION COMPANY; RAPID AMERICAN CORP. |
| 13 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PHILIP CAREY |
| 14 | MANUFACTURING CORP.; RILEY POWER INC., FORMERLY KNOWN AS |
| 15 | RILEY STOKER CORPORATION AND DB RILEY, INC.; SEPCO |
| 16 | CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA |
| 17 | SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR- |
| 18 | IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING |
| 19 | COMPANY; SUPERIOR BOILER WORKS, INC.; THE GOODYEAR TIRE & |
| 20 | RUBBER COMPANY; UNION CARBIDE CORPORATION; UNITOYAL, INC.; |
| 21 | VIACOM, INC. AS SUCCESSOR-BY-MERGER TO CBS CORPORATION FKA |
| 22 | WESTINGHOUSE ELECTRIC CORPORATION; WARREN PUMPS, |
| 23 | LLC; YARWAY CORPORATION; ZURN INDUSTRIES, LLC. INDIVIDUALLY |
| 24 | AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY |
| 25 | IRON WORKS AND KEYSTONE BOILER AND TH EFIRST DOES |
| 26 | THROUGH THREE HUNDREDTH DOES, INCLUSIVE, |
| 27 | Defendants. |
| 28 | |

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES

1  The undersigned, counsel of record for Defendant FOSTER WHEELER ENERGY
2  CORPORATION, certifies that the following listed parties may have a pecuniary interest
3  in the outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal.
5  Carson Priddy
6  Patricia Priddy
7  A.W. Chesterton Company
8  Allied Packing & Supply, Inc.
9  Allis Chalmers Corporation Product Liability Trust
10  American Standard, Inc.
11  Armstrong International, Inc.
12  Asbestos Corporation, LTD.
13  Buffalo Pumps, Inc.
14  Crane Co.
15  Crown, Cork & Seal
16  Durabla Manufacturing Company
17  Elliott Company
18  FMC Corporation
19  Foster Wheeler, LLC
20  Gardner Denver, Inc.
21  Garlock Sealing Technologies LLC
22  General Electric Company
23  Georgia-Pacific Corporation
24  Goulds Pumps, Incorporated
25  IMO Industries, Inc.
26  Ingersoll-Rand Company
27  Kaiser Gypsum Company, Inc.
28  Leslie Controls, Inc.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES

1. Lamons Gasket Company
2. Oakfabco, Inc.
3. Owens-Illinois Inc.
4. Parker-Hannifin Corporation
5. PCC Flow Technologies L.P.
6. Plant Insulation Company
7. Rapid Amercan Corp.
8. Riley Power Inc.
9. Sepco Corporation
10. Soco-West, Inc.
11. Superior Boiler Works, Inc.
12. The Goodyear Tire & Rubber Company
13. Union carbide Corporation
14. Uniroyal, Inc.
15. Viacom, Inc.
16. Warren Pump, LLC
17. Yarway Corporation
18. Zurn Industries, LLC
19. Erie City Iron Works and Keystone Boiler

Date: August 26, 2008

BRYDON HUGO & PARKER

By: *(signature)*
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER ENERGY
CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES

**cc: Via Hand Delivery**
Jeffrey A. Kaiser
LEVIN SIMES KAISER & GORNICK
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel (415) 646-7160
Fax (415) 981-1270
ATTORNEYS FOR PLAINTIFFS

All Known Defense Counsel (via regular mail)

BRYDON
HUGO & PARKER
135 MAIN STREET
20ᵀᴴ FLOOR
San Francisco, CA 94105

5

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES