Original

1  Edward R. Hugo [Bar No. 124839]
   James C. Parker [Bar No. 106149]
2  Thomas J. Moses [Bar No. 116002]
   BRYDON HUGO & PARKER
3  135 Main Street, 20th Floor
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333
5
   Attorneys for Defendant
6  FOSTER WHEELER LLC

E-filing

FILED
08 AUG 26 AM 11: [illegible]
RICHARD W. [illegible]
CLERK, U.S. DISTRICT [illegible]
NORTHERN DISTRICT OF C[illegible]

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08    4070

| | |
|---|---|
| CARSON PRIDDY AND PATRICIA PRIDDY,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; ALLIED PACKING & SUPPLY, INC.; ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; AMERICAN STANDARD, INC. INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER CORPORATION; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; BUFFALO PUMPS, INC.; CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; DURABLA MANUFACTURING COMPANY; ELLIOTT COMPANY FORMERLY KNOWN AS ELLIOTT COMPANY FORMERLY KNOWN AS ELLIOTT TURBOMACHINERY CO., INC.; FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO NORTHERN PUMP COMPANY; FOSTER WHEELER LLC; GARDNER DENVER, INC.; GARLOCK SEALING TECHNOLOGIES LLC, INDIVIDUALLY AND AS SUCCESSOR- | (ASBESTOS)<br><br>U.S.D.C. Case No. _____<br><br>Alameda County Superior Court Case No. RG08399767<br><br>DEFENDANT FOSTER WHEELER LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

| | |
|---|---|
| 1 | IN-INTEREST TO GARLOCK, INC.; GENERAL ELECTRIC COMPANY; |
| 2 | GEORGIA-PACIFIC CORPORATION; GOULDS PUMPS, INCORPORATED; |
| 3 | IMO INDUSTRIES, INC. FORMERLY KNOWN AS IMO DELAVAL INC.; |
| 4 | INGERSOLL-RAND COMPANY; KAISER GYPSUM COMPANY, INC.; |
| 5 | LESLIE CONTROLS, INC.; LAMONS GASKET COMPANY; OAKFABCO, INC |
| 6 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA |
| 7 | AND/OR FDBA KEWANEE BOILER CORPORATION; OWENS-ILLINOIS |
| 8 | INC.; PARKER-HANNIFIN CORPORATION,INDIVIDUALLY AND |
| 9 | AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO |
| 10 | MANUFACTURING COMPANY; PCC FLOW TECHNOLOGIES L.P., |
| 11 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PACIFIC PUMP; |
| 12 | PLANT INSULATION COMPANY; RAPID AMERICAN CORP. |
| 13 | INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PHILIP CAREY |
| 14 | MANUFACTURING CORP.; RILEY POWER INC., FORMERLY KNOWN AS |
| 15 | RILEY STOKER CORPORATION AND DB RILEY, INC.; SEPCO |
| 16 | CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA |
| 17 | SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR- |
| 18 | IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING |
| 19 | COMPANY; SUPERIOR BOILER WORKS, INC.; THE GOODYEAR TIRE & |
| 20 | RUBBER COMPANY; UNION CARBIDE CORPORATION; UNIROYAL, INC.; |
| 21 | VIACOM, INC. AS SUCCESSOR-BY-MERGER TO CBS CORPORATION FKA |
| 22 | WESTINGHOUSE ELECTRIC CORPORATION; WARREN PUMPS, |
| 23 | LLC; YARWAY CORPORATION; ZURN INDUSTRIES, LLC. INDIVIDUALLY |
| 24 | AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY |
| 25 | IRON WORKS AND KEYSTONE BOILER AND THE FIRST DOE |
| 26 | THROUGH THREE HUNDREDTH DOES, INCLUSIVE, |
| 27 | |
| 28 | Defendants. |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant FOSTER WHEELER LCC (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

FOSTER WHEELER LLC is a publicly held entity. FOSTER WHEELER LLC has no parent corporation and no publicly held corporation holds more than ten percent (10%) of it stock.

Date: August 26, 2008

BRYDON HUGO & PARKER

By: *[signature]*
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
DEFENDANT FOSTER WHEELER LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

1  **cc: Via Hand Delivery**
2  Jeffrey A. Kaiser
   LEVIN SIMES KAISER & GORNICK
3  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
4  Tel (415) 646-7160
   Fax (415) 981-1270
5  ATTORNEYS FOR PLAINTIFFS

6
   All Known Defense Counsel (via regular mail)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

4

DEFENDANT FOSTER WHEELER LLC'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1