JEFFREY A. KAISER, ESQ., [SBN 160594]
T. SCOTT HAMES , ESQ., [SBN 197574]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  (415) 646-7160
Fax:  (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON PRIDDY AND PATRICIA PRIDDY | ) Case No. 3:08-CV-04070 SI |
| Plaintiffs, | ) **STIPULATION AND PROPOSED ORDER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT** |
| vs. | ) |
| A.W. CHESTERTON COMPANY, et. al., | ) Courtroom:   Courtroom 10, 19th Floor<br>) San Francisco, California |
| Defendants. | ) The Honorable Susan Illston |

## STIPULATION

Plaintiffs Carson and Patricia Priddy, and Defendant Foster Wheeler LLC, by and through their respective counsel, hereby stipulate to Foster Wheeler LLC's withdrawal of its notice of removal. By such stipulation, Plaintiffs and Defendant Foster Wheeler LLC respectfully request this court to immediately remand this case to state court.

IT SO STIPULATED:

Dated: October 8, 2008                    **LEVIN SIMES KAISER & GORNICK LLP**


By: _____
Jeffrey A. Kaiser
Attorneys for Plaintiff


Dated:  October 8, 2007                   **BRYDON HUGO & PARKER**


By: _____
Thomas Moses
Attorneys for Defendant
Foster Wheeler LLC

1

## [PROPOSED] ORDER

2

3    Good cause appearing from Foster Wheeler LLC's stipulated withdrawal of its notice of removal, this

4    court hereby orders this case immediately remanded to state court.

5

6    Dated October ___, 2008                    _Susan Illston_____

7                                               Hon. Susan Illston

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28